06-06 '14 PM12:27

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: (Case Name)  
Debtors Annmarie DiLibero

Case No. 14-11245  
Chapter 13

### AMENDED MATRIX (Fee Required) TO REMOVE CREDITOR

NOW COME THE DEBTOR(S), Annmarie DiLibero,

and hereby moves to amend the matrix ~~as submitted to the court. The amended matrix is~~ To remove a creditor. Debtor ~~attached hereto.~~ would like to remove the following creditor from case: Caravan Auto.

_____  
(Signature)

6/6/14  
(Date)

### CERTIFICATION

I hereby certify that a copy of the within amended matrix was mailed to John Boyajian 182 Waterman St. Providence RI 02906, Gary L. Donahue office of the U.S. Trustee 10 Dorrance Street, Providence, RI 02903, Caravan Auto, 1185 Cranston St. Cranston RI (Caravan Auto - hand delivered) 02920

on the 6 day of June 2014

_____  
(Signature)

6/6/14  
(Date)